LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

PAUL TOWNSEND

PH: (212) 581-1001

FX: (212) 581-4999

July 18, 2018

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Evans, et al., 17 CR 684 (ER)**

Dear Judge Ramos:

I am writing on behalf of all defendants and jointly with the government to respectfully request an adjournment of the pretrial motion schedule in this case, which would have the defendants filing their initial briefs on or before October 15, 2018, the government's response on or before November 16, 2018, and any reply by the defendants on or before November 30, 2018. The reason for this lengthy extension is twofold: first, the government has continued to produce voluminous discovery and we have recently been notified that hard drives containing some 48,925 pages of additional materials will be delivered to the defendants this week. Second, the government has requested that they be permitted to respond to the defendants' motions – which will be made in a joint fashion to the extent practicable – after the trial in United States v. Gatto, et al., 17 CR 686 (LAK), which is set to begin on October 1, 2018 before Judge Kaplan and anticipated to last approximately four weeks. Finally, this request would not disturb the April 2019 trial set for this case – leaving a sufficient opportunity for any pretrial hearings should they be required.

Thank you for your consideration on this matter. I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:     All counsel (by ECF)