# BARNES & THORNBURG LLP

Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4623 U.S.A.
(202) 289-1313
Fax (202) 289-1330

www.btlaw.com

William R. Martin
202 371-6363 Direct Dial

January 31, 2019

*Via CMECF*
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
ChambersNYSDRamos@nysd.uscourts.gov

Re: *United States v. Lamont Evans, et al.*, 17 Cr. 684 (ER)

Dear Judge Ramos,

Please accept this letter as written confirmation that Defendant Lamont Evans withdraws all pretrial motions previously filed in this matter. As this honorable Court is aware, Mr. Evans has filed plea papers indicated that he has reached an agreement with the government to resolve pending charges.

Respectfully submitted,

William R. Martin

cc: All counsel (via CMECF)

BARNES & THORNBURG LLP