USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/26/2019__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

March 25, 2019

> Mr. Bland's sentencing is adjourned to May 29, 2019, at 11:00 a.m.
> Mr. Richardson's sentencing is adjourned to May 30, 2019, at 11:00 a.m.
> Mr. Evan's sentencing is adjourned to May 31, 2019, at 11:00 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __3/26/2019__
> New York, New York

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Lamont Evans et al., 17 Cr. 684 (ER)

Dear Judge Ramos:

    The Government writes to request that the sentencings of defendant Anthony Bland, a/k/a "Tony," currently scheduled for April 26, 2019, defendant Emmanuel Richardson, a/k/a "Book," currently scheduled for April 24, 2019, and defendant Lamont Evans, currently scheduled for May 10, 2019, be adjourned. As the Court is aware, a trial in the above-captioned matter against defendants Christian Dawkins and Merl Code is currently scheduled to begin on April 22, 2019, and is expected to last between two to three weeks. At trial, the Government will present evidence showing the extent of Richardson, Bland, and Evans's participation in the charged scheme. Given that such evidence may assist the Court in determining an appropriate sentence for Richardson, Bland, and Evans, the Government believes it prudent to adjourn the defendants' sentencing until after the trial's anticipated completion. Defense counsel consent to this request. Counsel for Evans request that Evans's sentencing be moved to sometime in June, if possible.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

By:    _____/s/_____
    Robert L. Boone/Noah Solowiejczyk
    Eli J. Mark
    Assistant United States Attorneys
    (212) 637-2208/2473/2431

cc: Defense counsel (by ECF)