# BARNES & THORNBURG LLP

Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4623 U.S.A.
(202) 289-1313
Fax (202) 289-1330

www.btlaw.com

William R. Martin
(202) 371-6363 Direct Dial

May 21, 2019

***Via ECF***
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
ChambersNYSDRamos@nysd.uscourts.gov

Re: *United States v. Lamont Evans, et al.*, 17 Cr. 684 (ER)

Dear Judge Ramos,

According to this Court's Individual Rules, Defendant Evans was to file his Sentencing Submission on May 17, 2019. Unfortunately, undersigned counsel miscalculated the date and planned to file on May 24, 2019 as opposed to May 17, 2019. Please accept this letter as our request to file Defendant's Sentencing Submission today, May 21, 2019. We have spoken with counsel for the government and they have no objection to this extension.

Respectfully submitted,

*[signature]*

William R. Martin

APPROVED:

_____
The Honorable Edgardo Ramos
May ___, 2019

cc:   All counsel (via CMECF)