UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 17-cr-684 (ER) |
| v. | |
| LAMONT EVANS | Sentencing: May 31, 2019 |
| Defendant. | |

## DEFENDANT LAMONT EVANS' MEMORANDUM IN AID OF SENTENCING

**BARNES & THORNBURG, LLP**
William R. Martin
1717 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006
*Attorney for Lamont Evans*

1

## TABLE OF CONTENTS

PERSONAL AND PROFESSIONAL BACKGROUND ............................................................ 4

SENTENCING CONSIDERATIONS ............................................................................... 8

APPLICATION OF 18 U.S.C. § 3553(a) FACTORS ........................................................ 11

A. The Nature and Circumstances of the Offense Compel a Below the Guidelines Range
Sentence ............................................................................................................ 11

B. The Circumstances, History and Characteristics of the Defendant Support a Sentence
Below the Guidelines Range .................................................................................. 12

C. The Need to Avoid Unwarranted Sentencing Disparities ...................................... 13

D. The Need for the Sentence to Reflect the Seriousness of the Offense, to Promote Respect
for the Law and to Provide Just Punishment for the Offense, to Afford Adequate Deterrence,
to Protect the Public from Future Crimes and to Provide the Defendant with Needed
Educational or Vocational Training, Medical Care, or Other Correctional Treatment ............ 13

1. Mr. Evans' Conviction Will Act as a Powerful Deterrent to Criminal Conduct ............ 13

2. A Prison Sentence Is Not Needed to Protect the Public from Further Crimes by
Mr. Evans ........................................................................................................ 14

3. A Less Than Guideline Sentence Would Be a Just Punishment for Mr. Evans'
Offense ........................................................................................................... 15

4. 18 U.S.C. 3553(a)(3) Instructs the Sentencing Court to Consider "The Kinds of
Sentences Available." ........................................................................................ 15

BACKGROUND OF THE OFFENSE .............................................................................. 15

A. Loss Amount .................................................................................................. 15

CONCLUSION ........................................................................................................ 16

## TABLE OF AUTHORITIES

**Cases**                                                                                       **Page(s)**

*Gail v. United States,*
    128 S. Ct. 586 (2007)................................................................................10
*Kimbrough v. United States,*
    552 U.S. 85 (2007)...........................................................................9, 10, 11
*Koon v. United States,*
    518 U.S. 81 (1996)...................................................................................9
*Rita v. United States,*
    551 U.S. 338 (2007).................................................................................11
*United States v. Carlton,*
    442 F.3d 802 (2d Cir. 2006)....................................................................10
*United States v. Redemann,*
    295 F. Supp.2d 887 (E.D.Wis. 2003).......................................................12
*United States v. Stone,*
    374 F. Supp.2d 983 (D.N.M. 2005)..........................................................12
*United States v. Thavaraja,*
    740 F.3d 253 (2d Cir. 2014).....................................................................13


**Statutes**
18 U.S.C. 3553(a)(1)....................................................................................13
18 U.S.C. 3553(a)(3)....................................................................................16
18 U.S.C. § 371..........................................................................................5
18 U.S.C. § 3553(a)............................................................................10, 11, 12
18 U.S.C. §3553(a)(1)...............................................................................10, 12
18 U.S.C. § 3553(a)(1)-(7)............................................................................10
18 U.S.C. § 3553(a)(2).................................................................................10
18 U.S.C. § 3553(a)(2)(A)-(D)........................................................................10
18 U.S.C. § 3553(a)(2)(B)'s...........................................................................14
18 U.S.C. § 3553(a)(2)(C).............................................................................15
18 U.S.C. § 3553(a)(6)............................................................................11, 14
18 U.S.C. § 3582..................................................................................11, 12
18 U.S.C. § 3661.......................................................................................11


**Other Authorities**
United States Sentencing Commission, "Measuring Recidivism: The Criminal
    History Computation of the Federal Sentencing Guidelines (2004)......................14
Speech of Attorney General Eric Holder (September 19, 2013) ...............................15

## I.     INTRODUCTION

This memorandum and accompanying exhibits are submitted to assist the Court in the fair and just sentencing of Mr. Lamont Evans ("Mr. Evans").  On January 30, 2019, Mr. Evans entered a plea of guilty to one-count charging him with conspiracy in violation of 18 U.S.C. § 371.  The information contained in this Sentencing Memorandum is intended to supplement the Presentence Report ("PSR") and provide the Court with additional information relating to Mr. Evans, his offense behavior, and how this matter has impacted and changed Mr. Evans' life.

As discussed more fully below, Mr. Evans has lived his life by trying to educate himself and being fully committed to his family.  He has served as a mentor to both young children and high school and college students. He has also encouraged family and community members to better themselves and pursue various career opportunities. Mr. Evans understands and appreciates the criminal justice system and recognizes that he must be sentenced for his conduct and participation in this crime. Nonetheless, he asks that the Court consider all of the information contained in his sentencing memorandum to aid in determining a just sentence, not for this crime, but for the individual before you.

It is our hope that upon considering all of the sentencing factors, and understanding the person standing before this Court, the Court will agree that a sentence of probation is applicable. We are hopeful that the Court will agree that such a sentence would be fair and just.

## II.     PERSONAL AND PROFESSIONAL BACKGROUND

Mr. Evans' life can be characterized by his love and commitment to his family and surrounding community as well as his life-long high moral character and leadership skills.  Mr. Evans was born on July 25, 1977, in Eleuthera, Bahamas and immigrated to the United States when he was just two years old. He lived and grew up in the Deerfield Beach, Florida area. While

there, Mr. Evans was raised almost entirely by his mother while receiving no financial support from his living father. *See* **Ex. A** (Letter from Sandra Sutherland, Mr. Evans' mother). As expected, the salary earned by his mother as a cashier often was not enough to support Mr. Evans and the six other children in his household.

Despite these financial hardships, he always had childhood dreams of leaving the housing development in Deerfield Beach, becoming successful, and returning to assist the younger generation.   Mr. Evans saw that success.   Even as a young middle school student, he was recognized for both his basketball skills and moral character. His middle school math teacher and basketball coach, who Mr. Evans has continued to communicate with over the course of the last twenty-five years, described Mr. Evans as a young boy that was "taught self-respect, discipline and family values."  **Ex. B** (Letter from Melvin Randall).

He moved on to be a standout basketball player at Hallandale High School in Hallandale, Florida. His talents allowed him to play his first two years of college basketball at Seminole Junior College and St. Catharine College in Sanford, Florida and St. Catharine, Kentucky, respectively. While at St. Catharine, he was named Most Valuable Player in the region.

Even though he was just a young student athlete, Mr. Evans left an everlasting impression on others because of his giving personality and character. While he was at Seminole State, he met Tameka Simons who described him as someone who  "has always had a passion for young kids." She also mentioned that "he has been a great mentor and friend [] over the years and [she is] sure he has done the same for kids he has coached and known throughout the years." **Ex. C** (Letter from Tameka and Charles Simons).  One of his professors at St. Catharine College, Ms. Bettye Brookfield who in 2016 was honored as Outstanding Faculty of the Year, described her experiences with Mr. Evans and identified him as a "man of good character, responsibility, as one

who has never forgotten his own humble beginnings and is worthy of the trust that he has earned from the young men whose lives he has helped to shape." **Ex. D** (Letter from Bettye Brookfield). Further, Ms. Brookfield recognized that even during that time, Mr. Evans worked with younger players as a "leader and role model." *Id.*

Though Mr. Evans was a talented basketball player, it was his hard work and effort that attracted Division I basketball scholarship offers. Both Seminole and St. Catharine were two-year junior college programs without Division I NCAA basketball programs. However, after his sophomore year at St. Catharine, Mr. Evans accepted a scholarship offer and enrolled at Drake University.  Over the course of the next two basketball seasons at this Division I program, he earned All-MVC and All-Newcomer Team honors.[1] Throughout his entire college career, he continued to return home and "to speak to the youth in the community at the housing development where he grew up, at the neighboring park where he played basketball, at his high school and at his church." **Ex. B** (Letter from Randall).

Following his college tenure, between 2001 and 2008, he went on to play professionally in Europe and South America.  Specifically, he played in Slovenia, Germany, Finland, Belgium, and Venezuela. He also played in the United States Basketball League (USBL).

After his world tour as a professional basketball player, Mr. Evans decided to return to college to obtain his bachelor's degree. He attended Kansas State University in 2008 and completed courses to earn his Bachelor of Science degree the following year. While there, he started his second career as a basketball coach. He worked as a student assistant where he barely earned any income and later as a graduate manager.  Still, he was able to impart wisdom and guide

---

[1] All-MVC is awarded to top players overall in the Missouri Valley Conference while the All-Newcomer Team is an accolade awarded to the best new players in the conference.

the young players he worked with. As described by one of those players at Kansas State, Mr. Evans was "eager to help out the student athletes" and "was like a big brother and father figure to a lot of the kids . . . ." **Ex. E** (Letter from Schulte).

Kansas State is where Mr. Evans began his ascent to the ranks of a college basketball coach. He was named as an Assistant Coach at Kansas State in 2011. He was so successful there that he was recruited by the University of South Carolina and began there in 2012 and later at Oklahoma State University. Even while he began the difficult work of establishing his career as a coach, he continued to return to his hometown of Deerfield Beach and assist the youth. Bishop Anthony Pelt explained that Mr. Evans and his family have been active with his ministry since it began over ten years ago. Since then, Mr. Evans "has volunteered his time and talent to not just the youth of [Bishop Pelt's] ministry but in [the Deerfield Beach] community as well." **Ex. F** (Letter from Bishop Pelt).

Over the course of this time, he has continued to have a stable personal life. He has been with his now wife since they started dating in high school. He met his wife, Ebony Stafford, in 1994 when they both attended Hallandale High School. Though they did not get married until 2012, the two have been in a relationship with one another since they started dating in high school. Their union has produced a son who, like his father, is a well-recognized basketball player in Pompano Beach, Florida. Mr. Evans has a very close relationship with his son. So much so that Mr. Evans personally coaches his son and is deeply involved in his high school sports and academics. A prior student athlete from Kansas State University described Mr. Evans' relationship with his son as one that he could only hope to foster with his own son. "The way [Mr. Evans'] son looks at his father in total admiration is a sight to see." **Ex. E** (Letter from Schulte).

The poor decisions that have brought him before this Court have ruined the reputation that he built over the last twenty five years and changed the trajectory of his life. We respectfully ask this Court to allow Mr. Evans to remain in the community and continue the process of rebuilding his life, both personally and professionally. His continued presence is critical to the growth and well-being of his son.

## III.   SENTENCING CONSIDERATIONS

As the Supreme Court has long recognized, "it has been uniform and constant in the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue." *Koon v. United States*, 518 U.S. 81, 113 (1996). With the United States Sentencing Guidelines rendered "advisory only," a district court has substantial discretion in fashioning a sentence appropriate to the individual circumstances of the defendant and the unique facts of the offense. *See Kimbrough v. United States*, 552 U.S. 85, 91 (2007). While the Court must consider the guideline range in a case, "the Guidelines are not the only consideration." *Gail v. United States*, 128 S. Ct. 586, 597 (2007); *see also Kimbrough*, 128 S. Ct. at 564 ("the Guidelines, formerly mandatory, now serve as one factor among several courts must consider in determining an appropriate sentence").

In *United States v. Booker*, the United States Supreme Court determined that district courts must consider all of the sentencing factors under 18 U.S.C. § 3553(a)(1)-(7) without giving mandatory weight to the sentencing guidelines. *See* 543 U.S. 220 (2005); *see also United States v. Carlton*, 442 F.3d 802, 808 (2d Cir. 2006) (citing *Booker* and explaining that there is "where the Supreme Court significantly altered the federal sentencing regime, essentially by making the federal sentencing guidelines advisory instead of mandatory."). Indeed as mandated by Congress,

8

the fundamental principle of sentencing is that a court "*shall impose a sentence sufficient, but not greater than necessary*" to meet specified sentencing goals.   18 U.S.C. § 3553(a) (emphasis added).  Title 18 U.S.C. § 3553(a)(2) states that such purposes of sentencing are:

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. § 3553(a)(2)(A)-(D).

In determining the minimally sufficient sentence, Section 3553(a) directs sentencing courts to consider the following factors:

(1)  The nature and circumstances of the offense and the history and characteristics of the defendant as described in § 3553(a)(1);

(2)  The need for the sentence imposed as described in § 3553(a)(2); (3) The kinds of sentences available as described in § 3553(a)(3);

(4)  The sentencing guideline range and any pertinent policy statements issued by the Sentencing Commission as described in § 3553(a)(4) and (a)(5);

(5)  The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct as described in § 3553(a)(6); and

(6)  The need to provide restitution to any victim of the offense as described in §3553(a)(7).

18 U.S.C. § 3553(a).

Moreover, the Supreme Court has specifically ruled that, in balancing the Section 3553(a) factors, a judge may determine that "in the particular case, a within-Guidelines sentence is 'greater than necessary' to serve the objectives of sentencing."  *Kimbrough*, 552 U.S. at 91; *see also Rita v. United States*, 551 U.S. 338, 381 (2007) (noting that a district court may consider arguments

that "the Guidelines sentence itself fails properly to reflect § 3553(a) considerations, or 'that' the case warrants a different sentence regardless[.]").   A district court may now vary from the applicable guideline range "based solely on policy consideration, including disagreements with the Guidelines." *Kimbrough*, 552 U.S. at 101.

The Court's exercise of sentencing discretion to impose a sentence below the guidelines range in this case is supported by two other statutory sentencing provisions.  Under 18 U.S.C. § 3661, which was expressly endorsed by the *Booker* majority, "[n]o limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purposes of imposing an appropriate sentence."  Under 18 U.S.C. § 3582, imposition of a term of imprisonment is subject to the following limitation: "[t]he court, in determining whether to impose a term of imprisonment, and, if a term of imprisonment is to be imposed, in determining the length of the term, shall consider the factors set forth in 3553(a) to the extent they are applicable, recognizing that imprisonment is ***not*** an appropriate means of promoting correction and rehabilitation."  18 U.S.C. §3582 (emphasis added).  In sum, in every case, a sentencing court must now consider ***all*** of the Section 3553(a) factors, not just the guidelines, in determining a sentence that is sufficient but not greater than necessary to meet the goals of sentencing.

After a review of the Section 3553 factors below, we urge the Court to impose a below Guideline sentence and sentence Mr. Evans to a term of probation.  A period of confinement is not necessary to accomplish the stated goal of Section 3553(a), determining and imposing a minimally sufficient sentence.

## IV.   APPLICATION OF 18 U.S.C. § 3553(a) FACTORS

### A.  The Nature and Circumstances of the Offense Compel A below the Guidelines Range Sentence

One of the factors the Court is directed to consider under Section 3553 is the nature and circumstances of the offense. *See e.g.*, 18 U.S.C. §3553(a)(1).  Here, the nature and circumstances of this offense, and Mr. Evans's lack of prior contact with the criminal justice system, makes a less than Guideline sentence reasonable in this case.

Additionally, the Court should also consider the collateral consequences of the conviction. For example, Mr. Evans is losing and has lost the bulk of his life's work, including his employment and his professional reputation.  *See e.g.*, *United States v. Stone*, 374 F. Supp.2d 983 (D.N.M. 2005) (sentence 18 months under guidelines appropriate in case where defendant lost employment and wife as result of conviction); *United States v. Redemann*, 295 F. Supp.2d 887 (E.D.Wis. 2003) (departing downward when defendant suffered collateral consequences from conduct including loss of his business).

As stated above, Mr. Evans ascended from a mere student assistant earning no income to one step away from a head coaching position at a major Division I college basketball program. As a testament to his skill level, Mr. Evans completed all of this over the course of less than a decade. Not only has he already lost his current employment and reputation but it is unlikely that he will ever be able to fully rebuild.  Currently, Mr. Evans is employed as a laborer at a lawn care company in Deerfield Beach, Florida.  Mr. Evans has already lost his employment, his reputation, and is facing possible deportation, incarceration will not further the interest of justice.

Importantly, the organizers of this bribery scheme were Christian Dawkins and Merl Code. Recently, the two of them were tried together with James Gatto and found guilty of organizing these schemes. For this, Dawkins and Code were only sentenced to six months imprisonment. Though

Mr. Evans admits his wrongdoing, his offense was not of the gravity as theirs.  He accepted payments, at most, reaching $22,000 but otherwise had no major role in planning or implementing the conspiracy.

### B.  The Circumstances, History and Characteristics of the Defendant Support a Sentence Below the Guidelines Range

In determining the particular sentence to be imposed, 18 U.S.C. 3553(a)(1) directs the Court to consider the "history and characteristics of the defendant."  As described in the Personal and Professional Background section of this memorandum, Mr. Evans has strong ties with his family and is always willing to lend a helping hand. *See, e.g.*, **Exs. A-G**, Letters Submitted in Support.  Even, the wider Pompano Beach community recognized Mr. Evans for his outstanding service.  *See* **Ex. H**, Certificate from the Community of Pompano Beach Support Group).

Courts may impose a sentence below the Guidelines range where, as here, the offense is at odds with defendant's life and character.  *See United States v. Thavaraja*, 740 F.3d 253, 256 (2d Cir. 2014) (explaining that the court must consider the "history and characteristics of the defendant in determining the particular sentence to be imposed" and noting that the defendant had "no prior criminal convictions.").  Mr. Evans accepts full responsibility for his poor decision-making when he voluntarily joined this scheme. However, the Court should note that this offense does not define who Mr. Evans truly is. Instead, the Court should note his strong commitment to his family and community along with their recognition of his long-standing high moral character.  We believe any sentence within the Guidelines range would be far greater than necessary to achieve the 3553 sentencing goals.

### C.  The Need to Avoid Unwarranted Sentencing Disparities

Title 18 U.S.C. § 3553(a)(6) directs that the "need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct" be considered when imposing sentence on Mr. Evans.

### D. The Need for the Sentence to Reflect the Seriousness of the Offense, to Promote Respect for the Law and to Provide Just Punishment for the Offense, to Afford Adequate Deterrence, to Protect the Public from Future Crimes and to Provide the Defendant with Needed Educational or Vocational Training, Medical Care, or Other Correctional Treatment

Some of the very statutory factors which are the ultimate guide to sentencing decisions post-*Booker* clearly argue in favor of less prison time, not more.  With a defendant ultimately suffering from the stigma of conviction, for example, there is less of a need for the sentence imposed to protect the public from further crimes of the defendant, but instead to provide the defendant needed educational and/or vocational training.

### 1.  Mr. Evans' Conviction will act as a Powerful Deterrent to Criminal Conduct

Title 18 U.S.C. § 3553(a)(2)(B)'s directive that the sentence imposed afford adequate deterrence to criminal conduct does not require a lengthy term of imprisonment.  The fact that Mr. Evans has been investigated, prosecuted, pleaded guilty, required to pay full restitution of $22,000, experienced complete loss of his credit worthiness and his ability to continue working at any NCAA sanctioned basketball program is sufficient to provide adequate deterrence to other individuals from engaging in this type of conduct.  Furthermore, when he lost his coaching position, his income decreased by more than $500,000 annually.  Examples such as this will indeed serve as a deterrent to other coaches.

### 2.   A Prison Sentence is not needed to Protect the Public from further crimes by Mr. Evans

The Court must impose a sentence that "protects the public from further crimes of the defendant" 18 U.S.C. § 3553(a)(2)(C). According to a recent study funded by the Department of Justice, recidivism is more likely when a defendant has a prior history, drug abuse problems, mental health issues, and challenges with unemployment, housing and transportation. Factors that decrease risk include having a strong social support system, marketable educational skills, a motivation to change and age. See *William Rhodes, et al Recidivism of Offenders on Federal Community Supervision at 1, Abt Associates, Dec 21, 2012* (prepared for Bureau of Justice Statistics and Office of Probation and Pretrial Services). Many Courts have noted that older defendants in general, "exhibit markedly lower rates of recidivism in comparison to younger defendants", and have as a result applied below Guidelines sentences. *See* United States Sentencing Commission, "Measuring Recidivism: The Criminal History Computation of the Federal Sentencing Guidelines" at 28 (2004), available at *http://www.ussc.gov/sites/default/files/pdf/research-and-publications/research publications/2004/200405_Recidivism_Criminal_History.pdf* (recognizing that for defendants in criminal History Category I, the recidivism rate of defendants who are older decreases substantially).

Mr. Evans's risk of recidivism is zero. He is forty one years old and is very fortunate to have a strong network of family, friends and colleagues who have and will help through this very difficult period of his life. Further, as previously mentioned, he has his bachelor's degree and a deep knowledge of basketball coaching experience that should be marketable.  All of these support the conclusion that Mr. Evans is exceedingly unlikely to commit any crimes in the future.

### 3. A Less Than Guideline Sentence Would be a Just Punishment for Mr. Evans' Offense

Mr. Evans must be punished for his actions. However, a prison sentence is not necessary to meet the goals of sentencing, particularly in this case where Mr. Evans fully appreciates the seriousness of his offense as has been demonstrated by his acceptance of responsibility. Mr. Evans has suffered punishment since his arraignment and plea by losing his employment and the potential for a future NCAA sanctioned basketball head coaching position.

### 4. 18 U.S.C. 3553(a)(3) Instructs the Sentencing Court to Consider "the kinds of sentences available."

Increasingly, courts, criminal justice scholars, and prosecutors are recognizing that "[t]oo many people go to too many prisons for far too long – and for no truly good law enforcement reason. *Speech of Attorney General Eric Holder, September 19, 2013,* available at https://www.justice.gov/opa/speech/attorney-general-eric-holder-delivers-remarks-congressional-black-caucus-foundation.

The requested less than Guideline sentence reflects Mr. Evans' understanding of the seriousness of this offense while at the same time accounts for the circumstances surrounding this offense and his individual circumstances. A below Guideline sentence operates to promote respect for the law and to provide just punishment for the offense, to afford adequate deterrence to protect the public and to provide Mr. Evans with needed educational or other correctional treatment and decrease the chances that he will ever return to Court. Finally, the ends of justice will be served if Mr. Evans is given a below Guideline range sentence of probation.

## V.   BACKGROUND OF THE OFFENSE

### A. Loss Amount

Mr. Evans has pleaded guilty to a conspiracy involving one-count of bribery. While he accepts that this reflects the loss amount pursuant to how it is defined in the law, Mr. Evans hopes that the Court will take this factor into consideration when sentencing him for the crime he pleaded guilty to.  He accepts and agrees to make full restitution.

## VI.    CONCLUSION

Mr. Evans has demonstrated that he is a hard-working individual who is incredibly supportive of and by his family, friends, and community.  Mr. Evans has accepted full responsibility for his wrongdoing in this case, and profoundly regrets his actions.  In the end, however, the misconduct that occurred does not define the man who will be standing before you at sentencing.  Nor does it define the positive ways in which he has impacted those around him. For these reasons, it is respectfully submitted that a sentence outside the guideline range be imposed and that Mr. Evans be sentenced to a term of probation.

Dated:  May 21, 2019                             Respectfully submitted,


                                                 /s/ William R. Martin
                                                 William R. Martin
                                                 Adey O. Adenrele (*pro hac vice application
                                                 to be filed*)
                                                 BARNES & THORNBURG LLP
                                                 1717 Pennsylvania Ave. NW, Suite 500
                                                 Washington, DC  20006
                                                 Telephone:  202-289-1313
                                                 Fax:  202-289-1330
                                                 billy.martin@btlaw.com
                                                 adey.adenrele@btlaw.com

                                                 Johnny L. McCray, Jr.
                                                 LAW OFFICE OF JOHNNY L. MCCRAY, JR.,
                                                 PA
                                                 400 East Atlantic Boulevard
                                                 Pompano Beach, FL 33060
                                                 Telephone: 954-781-3622

                                                 *Counsel for Lamont Evans*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2019, a copy of the foregoing Memorandum in Aid of Sentencing was served via the Court's electronic filing system/ECF on all counsel of record.

*/s/ William R. Martin*
William R. Martin

# Exhibit A

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Folcy Square
New York, NY 10007


May 8, 2019

The Honorable Judge Ramos:

I am Sandra Sutherland, the Mother of Lamont Evans asking for leniency on behalf of him.

As his mother I pride myself in having a good job that provided a steady income for my children. I dedicated my life to Sears Roebuck for 33 years and loved every detail of it. I awarded numerous accolades at the District level because i acquired all the necessary tools to be a great salesman. When I consciously made the decision to give my all to Sears retirement with them only made sense. Longevity speaks volume in anything that we do in life. I communicated valuable principles on a daily basis so they would know first hand what it means to keep a job. First, great work ethics start with being on time which is very big on my list, because that shows your value system. Lamont can tell you that I am never late to work and the same morals apply to church on Sunday morning. If I can get to work on time, church should not be questionable at all. Secondly, being the best at what you do requires a high level of knowledge that you must willing to pursue . I walked them to school everyday and prepared hot meals to start their day so they would have the necessary tools to be successful. I enjoyed coming to the school on picture day on my lunch break to comb their hair just so they can see my support in everything they did. I never drove a car, so I got around by public transportation, cab, walking and paying folks to take me places therefore excuses of  not succeeding was dismissed on every occasion. Lamont knows the true essence of being honest because of my loyalty to one company that helped me sustain him while growing up. I was privileged in December 2019 to retire from Sears Roebuck. When He was fortunate to go off to college, I was able to pickup a part-time job one night a week with Publix Supermarket to help with finances in college. I see today how my decisions has impacted him.  My goal was to see  him accomplish all of his heart's desire.

All I am asking of you Judge Ramos is to find it in your heart to grant my petition of leniency to my son, Lamont Evans.

 Thank you for your time and consideration,


                                        Sincerely,
                                            A Loving Mother

# Exhibit B

May 3, 2019

The Honorable Edgards Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10367

Dear Judge Ramos:

I, Melvin Randall, am writing to urge leniency in the sentencing of Lamont Evans III, whom I have known for more than 25 years. As his middle school math teacher and basketball coach, I have witnessed him transition from a boy to a man.  The fourth of seven children in a single-parent household, he was taught self-respect, discipline and family values.  Although Lamont encountered a plethora of obstacles, his desire to graduate from high school and obtain a college degree never wavered.

Lamont has always displayed leadership potential and maintained a level of respect for himself and others.  His love and dedication to under-privileged youth are both memorable and genuine.  Throughout his college matriculation, whenever he returned home, he made it a priority to speak to the youth in the community at the housing development where he grew up, at the neighboring park where he played basketball, at his high school and at his church.  Additionally, if there were community events taking place and he could lend a helping hand, he went above and beyond to provide his support.

As an Assistant College Coach, while visiting South Florida, Lamont spearheaded lectures after school to students in the community about academic excellence, test scores, community involvement and college and career readiness. With a passion to give back, he assisted students with ACT/SAT fees, as well as sponsoring uniforms and sneakers for 15 players.  In addition, he taught both newcomers and skilled boys how to play the game of basketball.  Over the past 10 months, Lamont has been a tremendous asset to Blanche Ely High School's Varsity and Junior Varsity Boys' Basketball Teams.  His wealth of knowledge, leadership, skills and commitment have empowered, enlightened and ethused me, my staff, my players and the Pompano Beach community. As a result, his endless efforts uplifted and helped my team to win seven Florida High School State Championships over the past 12 years. This year, 2019 being the most current in which he really spearheaded. Also, his desire to give back through funding some of the kids ACT/SAT fees, being a huge sponsor in helping the 15 kids with uniforms and sneakers, and most importantly his talks with the youth.

Overall, Lamont Evans III is a compassionate philanthropist, who gives of himself unselfishly.  Despite the challenges that he currently faces, his charisma and tenacious spirit have given him the love, respect and support of infinite families, communities and organizations.

Judge Ramos, with greatest regard, I am sincerely asking that you consider a lenient sentencing for my former student, assistant coach and friend, Mr. Lamont Evans III.  Your time and efforts regarding this matter are greatly appreciated.

Respectfully,

Melvin Randall

# Exhibit C

5/8/2019

The Honorable Edgardo Ramos

United States District Judge

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007


RE: Leniency in Sentencing: Mr Lamont Evans


Dear Judge Ramos,


I am writing to urge leniency in the sentencing of my friend Lamont Evans.


We have known Lamont for over 20 years. We met Lamont for the very first time at Seminole State Community college while playing basketball. We developed a friendship at that time and still remains today. Lamont has always been a person we could depend on to be honest and upfront about everything. He has always had a passion for young kids and while recruiting our son he was professional and once again honest. Throughout the recruitment of our son he was a man of truth and integrity which is why we continued to have a relationship with him even though we did not choose the university where he was employed. Lamont displayed a level of professionalism and willingness to assist in any way he could that showed us how genuine of person he truly is. This once again proved to us what type of man Lamont truly is.

Lamont has been a great mentor and friend to us over the years and we are sure he has done the same for the kids he has coached and known throughout the years. Lamont is an amazing father and husband to his family which are things we hold at a high regard.

We hope from this letter you have better understanding of the positive impact Lamont has had on those around him and what he truly means to his community.


Thank you for taking the time to read this.


Sincerely,


Tameka and Charles Simons

# Exhibit D

**Bettye Brookfield,MFA**
**3094 Howard Avenue 202**
**Myrtle Beach, SC 29577**
**404 805-6865**

**May 5, 2019**

**Mr. Billy Martin, Attorney at Law**

Dear Mr. Martin,

If I may introduce myself: I was professor of Art at St. Catharine College, Springfield, Kentucky for twenty years. During that time, I was elected president of Faculty Senate two terms, earned the distinguished title of Full Professor, recognised for Scholarly work several consecutive years in a row, and was honored as Outstanding Faculty of the Year, 2016. Simultaneously, I was invited to become an Associate of the Dominican Sisters of Peace, our founding organization, and appointed by Governor Beshear to the Commission for Women of the Commonwealth of Kentucky.

As a professional, I value the respect and trust of my peers and equally value the relationships that I build with my students.

The year 2000 was a memorable year for me at St. Catharine College. We embarked on the construction of Spalding Hall, a new dining center/student Union building with dorm wings. While this endeavor was under construction, I was asked if I would be willing to house some of our athletes at my nearby farmhouse. I agreed to take four basketball players, Lamont Evans was one of those student athletes. Over the next two years I was able to get to know these young men very well and grew to think of them as my adopted sons.

I was immediately impressed with Lamont, not only as a gifted athlete, but as a leader and role model to the younger players. This team made it to the championships and was heavily recruited by D-1 schools, since we were just a two-year school at that time.

Not long after the boys moved in, my mother suffered a massive cerebral hemorrhage. I was called at school and rushed to the hospital. Later that evening, I was surprised that the young men came to the hospital in my support. As we all stood around my mother's bed, Lamont asked if he could say a prayer and we all held hands. He began by saying, "We don't always know what brings us together, but we know it is for a higher reason than we are able to comprehend and we stand ready to answer that call".

My mother died a few days later and 'my guys' were there for me at the funeral and even served as pallbearers.

Lamont stayed in touch throughout his career and invited my family to see him play for the Globetrotters when they were in Louisville.

I know Lamont Evans as a man of good character, responsibility, as one who has never forgotten his own humble beginnings and is worthy of the trust that he has earned from the young men whose lives he has helped to shape.

It is my hope that the Court will consider the whole person in Lamont Evans and not judge him entirely on one unfortunate incident.

I continue to hold Lamont in my prayers.

If I can be of help, please don't hesitate to reach out to me.

Sincerely,


Bettye Brookfield, MFA

# Exhibit E

The Honorable Edgardo Ramos
United State District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos:

I am writing to urge leniency in the sentencing of my confidant Lamont Evans.

I first met Lamont ten years ago when I was in my undergrad at Kansas State University. Lamont was just a graduate assistant at the time making no money but eager to help out the student athletes any way that he could. He was like a big brother and father figure to a lot of the kids we had play at Kansas State. Lamont taught me a lot of what I know in terms of player development on the basketball court and would often take me out to dinner after a long days workout. I've since been able to watch him father his own son, Lamont Jr. My wife and I recently had a son 4 months ago, I can only hope that I am able to foster a relationship with my son the way Lamont has done with his. They are more like twin brothers than father/son. The way his son looks at his father in total admiration is a sight to see.

As you are going into the sentencing I hope my letter helps shed light on who Lamont truly is as a father, friend, and husband.

I appreciate you taking the time out of your day to read my letter.

Sincerely,

Patrick Schulte

# Exhibit F



GREATER PURPOSE

May 4, 2019

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Honorable Judge Ramos,

We are submitting this letter on behalf of Lamont Evans, asking for Leniency in Sentencing. Lamont and his family have been active with this ministry since it's inception and serving this community for over 10 years.  He has volunteered his time and talent to not just the youth of our ministry but in our community as well.

Lamont's presence and willingness to encourage others has helped to put kids back on track by giving them that extra push they needed to stay in high school. His personality and dedication in serving has proven to impact the lives of others by helping them to understand the importance of completing high school and taking up a trade because he realized college wasn't for everyone.

Humbly submitted,

*Anthony Pelt*

Bishop Anthony Pelt/*lb*
Senior Pastor

*Helping People Shine & Soar To The Glory of God...*

**P.O.  Box 305 •Deerfield Beach, FL  33443• Tel: (954) 708-2195 Fax: (954) 708-2196 • www.radliving.org**
***Bishop Anthony T. Pelt, Senior Pastor***

# Exhibit G

The Honorable Edgardo Ramos
United States DIstrict Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Ramos,
I have been a local government employee for over 10 years, my name is Al Hicks. I have been friends with Lamont Evans for over 15 years now. We met through a mutual friend and mentor & well respected high school basketball coach Melvin Randall. Lamont is a great family man who is passionate about helping others in his community. He values the importance of mentorship and empowering his peers to achieve their goals in life. We both share a passion for giving back to our community by helping young men receive scholarships to college through the game of basketball. I am writing to ask that you have leniency when you sentence Lamont Evans. It is my hope this letter regarding Lamont will act as a positive and contributing factor when the court considers his sentencing.

Respectively,
Al Hicks

1

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
Unites States Courthouse
40 Foley Square
New York,NY 10007

RE:Leniency in sentencing Mr.Lamont Evans

Dear Judge  Ramos:

I am writing you ask that you have a leniency when you  sentence Lamont Evans

I met Lamont Evans in the in summer of 2012 when became a assistant  coach for the University of South Carolina and only  having known him for a few days watching him interact with other people we became great friends, I could tell Lamont Evans was a kind and  helping person

Lamont Evans spent countless hour with me in the gym helping me become a better basketball player and also off the court becoming  a better men ,if I needed anything in my professional life Lamont Evans would spend all of his resources and relationships to help me, being a former player at the University Lamont Evans didn't know me before then, he didn't recruit me and honestly didn't have reason to help me other then just being a great  person

I have learned so much from Lamont Evans,he is the most helping and giving person I know, the most important thing Lamont Evans thought me was to always help people, he would always tell me "Dev help people ,if your in a position to help people then help them"

I thank you for taking the time to read this letter ,Again Lamont Evans is a great person father and role model who gives himself and his time to helping others

Sincerely ,

Devan Downey

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Dear Honorable Judge Ramos:

My Name is Valdere Stafford, Mother-in Law United States Department of Treasury Tax Examiner -28 Years

   am honored to submit this letter pleading for leniency in sentencing Lamont Evans whom I have known for 25 years. I can honestly say without any doubt and attest to his responsible and respectable character as I have personally witness his development from a young man, student athlete and adult. He is a wonderful Son-in-law,  Husband and Father who loves his Family and ensures a strong and loving bond always.

   Lamont is a compassionate and thoughtful community trailblazer that has donated, not only his time and business skills, that will provide stability for community initiative that will offer significant value to educational environment.

   One of the most caring attributes of Lamont is his remarkable ability to reach and educate others thru motivational speaking and encouraging message.  Lamont enjoys sharing his personal experiences and achievement.  He has worked very hard thru the obstacles, trials and tribulations during his life's journey.

   Honorable Judge Ramos,  I am pleading for leniency in sentencing Lamont,  He's made a mistake and he's remorseful. He's genuinely an honest and humble man and deserves a second chance.....Heartfelt.

   Respectfully Sir,

   Mrs. Valdere Stafford, Mother-In-Law

David Griffin
Executive Vice President
New Orleans Pelicans
5800 Airline Drive
Metairie, LA 70003

May 17, 2019

The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Judge Ramos,

I am writing on behalf of my friend and colleague Lamont Evans, to respectfully urge leniency in
his upcoming sentencing hearing.

Over two decades, I've had the opportunity to work with Lamont in different settings – in my
professional capacity as an NBA basketball executive, as a guide in his career development, and
on a personal level. In each situation, I have found Lamont to be honorable, hard-working and
faith-based. He was and remains a man full of promise, compassion and devotion. Lamont is a
good and decent man who made some unwise choices. He has, however, accepted responsibility
for those choices. In so doing, he desperately wants to move forward and make a positive impact
on the game he loves and in the lives of those around him. The beauty of life is, while we can't
undo what is done, we can see it, understand it, learn from it and change so that every new
moment is spent not in regret, guilt and fear but in wisdom, understanding and gratitude.

This ordeal has been a weight that Lamont admittedly placed on himself, and it seems to grow
heavier each day. He feels deep shame. I have no doubt Lamont is genuinely remorseful for what
he has done. He has expressed this to me many times and I believe it is reflected in his efforts to
make amends to those he has harmed and to this Court. The little boy from the Bahamas who
migrated to the United States with a limitless future is now a father and husband exceedingly
humbled and hurting more than most could imagine. Since his plea, I have given much thought
as to the consequences and impact his sentence would have on his wife, Ebony, and their son,
Lamont Jr. – I am convinced it would be devastating. He is realistic about the situation, yet
remains hopeful that we will find some positive in it.

It is with sincere deference that I humbly implore the Court to exercise mercy in this situation
and consider all of the good that Lamont has accomplished, as well as all he can still give back to
society if given a second chance. I greatly appreciate the opportunity to share my feelings for
Lamont. Thank you for your consideration.

Sincerely


David Griffin

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos

I am writing this letter to ask for leniency for my friend Lamont Evans. I have known
Lamont for over twenty years and I consider him to be my nephew. Lamont has always
been a very responsible, mannerable young man. Striving as a young man in high school
to do his very best to be a role model for the basketball team and the community. The
family always new Lamont had the passion for basketball and being a leader in the
community. Lamont is a very good father to his son and a father figure to so many of
our children who do not have that father figure in their lives. Always willing to take
time and listen to children and give them good advice. Lamont is fully aware of the
mistake that was made and his very remorseful. I am asking you Judge Ramos to please
give my friend/nephew leniency in is sentencing. We understand a mistake was done,
but we are asking you for a second chance.

Thank-you

Ms. Leslie Willingham
Material Service Coordinator
31 years
Hollywood Florida

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 1007

My name is Ebony Evans, wife of Lamont Evans. I am writing to ask for leniency when it comes to the sentencing of Mr. Lamont Evans.

Lamont and I met each other in 1994 at Hallandale High School during our Sophomore year. Shortly thereafter meeting each other we both realized that we were going to spend the rest of our lives together! We dated consistently for 25 years and within those 25 years we were engaged, had a son and married in 2012. Lamont was all I knew as far a boyfriend during my teenage years, whom later to became my Husband! Throughout our years together I traveled back and forth visiting every city, state and or country Lamont resided in! Lamont made promises that he later created as my fairytale to both my mother and father which was their stamp of approval on our long distance relationship.

Lamont Evans is a loving husband, who has done what he can to provide for his family. He has made some mistakes in his life, but he is working hard now to make amends to himself, his son and myself by putting all of his energy into making our son have a successful basketball career as well as being that role model for many others within the community. Lamont works from sun up to sun down Monday- Saturday and sometimes on Sunday's with a landscaping company by the name of Sylvester Williams & Son Lawn Service. He is working towards providing for his family to have a better life and get over the road blocks that our family has come across this past year. Lamont and I are parents of one son Lamont Evans IV whom is an up coming Senior in High School class of 2020. It would be a tremendous hardship for my Husband and Father of our only son not to be given a second chance given harsh sentencing that would destroy our family's bond and devastate both my son and I to the core. My husband and I have had numerous amounts of conversations with our son on the outcomes and he finds it extremely hard to allow anything negative to effect the way he feels about his father. He has stated several times that his father is his "HERO and nothing will ever change that about his father Lamont Evans"! My son and his father have a remarkable unbreakable bond that a mother lives for! All we know is being with each other as we spend countless quality time as a family! I myself am an only child so I share everything with my Husband! Lamont is not only a wonderful Husband, he's my best friend, my companion and the man that I can't spend one night without! Waking up to him every night is like a breath of fresh air that the average woman would long for!

Lamont is an all around guy with the abilities to strive for huge success in life. He helped our son and I overcome obstacles, he's helped us understand what it takes to be successful, he's helped us understand the mistakes in life and how to become better and most of all he's taught us what it is to LOVE and stick by each other regardless of the obstacles that we've encounter! Lamont was just not a former College Basketball Coach he has all the abilities to create talent within young minority's within his community. Lamont Evans

1

Exemplifies talent which is something that he was instinctually born with that gave him unique skills and abilities to develop the best of the best athletes. His talent is set apart from his knowledge in basketball and this is not a learned behavior, although it can be strengthened and practiced. The Bible tells us that we are all born with distinct talents and gifts that set us apart from each other. When you discover the talents that God has given you and you use them to glorify Him, you will experience a full life! Our loving Lord wants us to feel whole and complete, and it is through talents that we can find our unique calling in life! He is an extraordinary individual that thrives to be the best Husband, Father, and Friend! Lamont has exemplify nothing but excellence and continues to strive towards being a positive, honest and successful!

Honorable Edgardo Ramos, I Ebony Evans am ask that you grant my Husband Lamont Evans with as much leniency as possible!


Sincerely,

Ebony Evans

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 1007


My name is Larry Stafford and Father in Law to Mr. Lamont Evans. I am a Former Army Staff Sergeant for twelve years and I am a Veteran from 1974-1986. I am currently a Deacon Chairman, overseeing 25 Deacons at Ebenezer Baptist Church in Hallandale, Florida. I have been a Deacon for five years. Additionally I am also a caregiver for my brother whom is disabled. My brother has been under my care since 2003 when my mother passed  away.

I Larry Stafford, am asking for leniency for my son in law Mr. Lamont Evans. I can't help but focus on My Grandson and his Father (Lamont Evans) relationship. How this Father, my Son in Law, sacrifice each and everyday to prepare My Grandson not only for just High School Basketball, but what it takes to be a Man, a Gentle but Humble Man, a Productive Man and a Responsible Man in today's Society. My most Rewarding Moment, in which you can't script any better for A Movie. In fact, this could be a Life Altering Experience if made into a Movie. The Defining Moment was at The High School State Basketball Finals. After My Grandson and his team won the hard fight at the State Finals, there was a breath taking Moment when My Grandson runs over to His Father and leaps into his arms. Then all of a sudden The Whole Team runs over and leaps also into Father (Lamont Evans) arms, shoulder, anywhere they could get to touch him. Why you may ask Your Honor? Because those kids as well as My Grandson knew it was Coach Lamont's teachings and training, (free of charge) that got them to that Victory. Of course they have a Head Coach but even The Head Coach knew that Coach Lamont Evans taught him valuable lessons in Coaching as well. Your Honor, Sir had you been there, you like me, would have teared up as well. What a Triumph and Touching moment to your Soul Experience... Your Honor, The Value Lamont Evans brings to these Kids, who many without Hope, without a Father Figure, can't be defined totally in words. However, one that gives back to The Community without any pay, truly coming from My Heart, deserves a Second Chance, "IN JESUS NAME", Your Honor I'm asking this of you!!!
God Bless You Sir!!!

Best Regards,


Larry Stafford

1



**THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA**

The School Board of
Broward County, Florida

Abby M. Freedman, Chair
Nora Rupert, Vice Chair

The Honorable Edgardo Ramos
United States District Judge

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

Robin Bartleman
Heather P. Brinkworth
Patricia Good
Donna P. Korn
Laurie Rich Levinson
Ann Murray
Dr. Rosalind Osgood

Robert W. Runcie
Superintendent of Schools

Re: Leniency in sentencing Mr. Lamont Evans

Dear Judge Ramos,

I'm honored to be presenting this letter pleading for leniency in the sentencing of Mr. Lamont Evans. I've known Mr. Evans for over 25 years and can assure you he is a man of great character and a true asset to our community here in Deerfield Beach, FL.

Mr. Evans and I grew up in the Deerfield Beach community and dreamed of making it to be successful men, then coming back and pouring into the youth in our area. Though our paths of life took us on different routes, he remained committed to our childhood dreams of making a positive impact on our community. I am now the Community Liaison and Head Football Coach at our neighborhood High School for which I've been employed at the last 13 years. Mr. Evans has been a huge blessing to the students of our program! Over the years he has donated his finances, time and resources to assist with the development of our young men and women. He has an innate ability to connect with these kids unlike anyone I've ever seen. Our neighborhood is one that is infested with drugs, crime, poverty and the possibility of destruction around every corner these kids turn. Mr. Evans provides a daily reminder that if these kids stay focused and dedicated to their dreams they can achieve whatever their hearts desire.

Even in the wake of Mr. Evans's current situation there is still an impact he can make on our community. These kids also need examples of rehabilitation and resurrection after making mistakes. They need to know that there is an opportunity to refocus and get back on the path to greatness after turmoil. Too many times, especially in our community, leaders are teaching the kids from the perspective of everything going perfect in these kid's lives, which is not the reality our kids live in. Who will be there to lead the ones who have already strayed of the path? The ones who are already trying to bounce back from detrimental situations caused by mistakes they've made. I truly believe Mr. Evans can continue to impact our community in this role of an example after adversity, which sadly in our community he will have more pupils to tutor than you could ever imagine.

I come to you pleading on the behalf of not just myself, but our community as a whole for leniency in sentencing Mr. Lamont Evans. I can assure you that if given the opportunity Mr. Evans will be a vital asset to our youth for years to come and that we (the community) will personally be by his side during his resurgence. This is our turn to be there for him as he has been here for us for many years and we are absolutely ready, we owe him that!

Sincerely,

Jevon D. Glenn

Deerfield Beach High school

Head Football Coach

Community Liaison

*Educating Today's Students to Succeed in Tomorrow's World*
Broward County Public Schools is an Equal Opportunity/Equal Access Employer

G-09

The Honorable Edgar Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

May 2, 2019

Dear Judge Ramos

I am writing to request leniency in sentencing on behalf of Lamont Evans. My life has been dedicated to public service as an educator for 27 years as teacher, coach, administrator and advocate for students. I have known Lamont Evans for 19 of those years and his character is among the finest I have encountered.

Lamont is well known in South Florida through his accomplishments as an athlete, his contributions as a coach, his work at empowering youth in the community, his ascent from graduate assistant to the ranks of assistant basketball coach, his efforts to provide scholarship opportunities to student-athletes around the country, and his tireless selfless work in guiding and assisting athletes to success at the college and professional level. His life and work has had tremendous value.

I speak for faculty, staff, administrators, pillars of influence, and other stakeholders I have worked with over the years who maintain ties to his community in saying Lamont is a man of integrity who made a mistake. He is an upstanding young man whose life and world have been turned upside down.

Please consider granting leniency to Lamont Evans' in sentencing him for his actions. He and his family has suffered greatly due to this incident and I have no doubt he has learned from this experience and will arise from it a better person. Lamont will one day return to be a guiding force to our community. He will overcome, because that's who he is, but allow him to do it sooner rather than later.

Please give all due consideration in granting Lamont Evans leniency in assigning his sentence. He has much work to do to reclaim his future, and I respectfully ask you to give consideration to this request.

Sincerely,

Frank Gaines, Ph.D.
Educator

Mr. James E. Nichols, Jr.
1061 SW 7 Ave.
Deerfield Beach, FL 33441

May 5, 2019

Re:  Mr. Lamont Evans

To:  The Honorable Judge Ramos

I have known Lamont Evans as a young mentee and student for over 25 years. I was both troubled and surprised to hear about his recent case, as he has always been a very great person. It is for this reason that I am happy to write a letter of reference for Mr. Evans regarding this matter. As a current Law Enforcement Officer, I do understand the seriousness of this matter; however, I hope the court will show some leniency.

Lamont has always been an upright character in the community by volunteering to teach basketball. In our relationship, he has always been there for me and my family by offering advice through his expertise in basketball. He made it a point to mentor and counsel my teenage son as he was contemplating work ethic in the sport. Mr. Evans was a true inspiration and blessing to him.

In addition, Mr. Evans is usually and upstanding member in the neighborhood where we are from. It is unfortunate that he has to go through with this case. However, I believe that as we move forward, he will emerge as a better man. Mr. Evans has expressed a deep sense of remorse for his actions.

It is my sincere hope that this court takes this letter into consideration at the time of sentencing for Mr. Evans. I know and believe that he can be an honorable person, a valuable member of my community and a person to count on.

Sincerely,

Mr. James E. Nichols, Jr.
1061 SW 7 Ave.
Deerfield Beach, FL 33441

The Honorable Edgardo Ramos

United Sates District Judge

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

RE: Leniancy in sentencing Mr Lamont Evans

Dear Judge Ramos:

I hope that you are having a great day and hope that this letter finds you well. I am writing on behalf of Mr. Lamont Evans. I have known Mr. Evans (we call him Jeff) for over 25 years.  As fate would have it, I was able to compete against his sister Shyvonna Rolle, in track and field in High School. I attended Hallandale High School and graduated in 1991. I then had the pleasure of running alongside Ms. Rolle in college. We immediately became friends and now our friendship has evolved into sisterhood.

I met Mr. Evans on our summer break from college in 1994. He was a tall, athletic and a nice young man. We quickly became like family throughout the years. I have always known Mr. Evans to demonstrate great leadership skills and an amazing athletic career in basketball. I know what passion for the game means and dedication because I too was athletic. As the years went on, I was blessed to have met his then girlfriend Ebony. They dated in high school and continue to be as one for the past seven years. They have dedicated their lives to each other and their son and that speaks character and volume in any marriage, relationship and career. He was well known and accepted around the community of Deerfield Beach. His dedication and awesome work ethics has vastly made an impact in the community.

Back in 2017, I was honored to see Mr. Evans in action as the Assistant Head Coach of the Gamecocks. (That in itself is a testament of how hard work and perseverance can lead you to a path of answered desires.) You see, I live in Arkansas and the Razorbacks were playing against South Carolina. My family and I were able to attend the game with the help of Mr. Evans. Even though we lost, it was a great experience and my children and husband were excited to attend.

Those are the little things that are priceless in life. Yes were not all perfect but we strive to be, with the help of God.  I hope your day is good and thank you for your time.

Sincerely,

Mrs. Paris Broyles, M. ED, ESL Endorsement

# Reaching After Destiny

Tracy C. Haynie
Board of Director
RAD INC
EIN 20-5518678

PO Box 305
Deerfield Beach, FL 33441
954.708.2195 Phn
954.708.2196 Fax
Soar042@comcast.net

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos,

Reaching After Destiny was organized to empower people in our community with the resources needed to enhance their quality of life; to empower lives through mentoring, literary training, professional skill training, educational support and to also engage in activities which are necessary, suitable or convenient for the accomplishment of those purposes. Lamont Evans as a covenant fellowship partner, has helped to enhance so many lives, especially at risk youth in our community.  We've known Lamont and his family for some 20 years now and his strong example of dedication, hard work, leadership, advocacy and selflessness have proven vital in the lives of our youth.  The young people are drawn to him and the investment of his time, talent, insight, and resources have afforded opportunities to youth that they might not have had.

Lamont, is an amazing husband and father and we ask that you consider a lenient sentencing for him as the absence of his presence and contributions to our community will be sincerely impacted.  Thank you for your time and consideration.

Kindest regards,

Tracy Haynie

Tracy Haynie
Board of Director
RAD Inc.

Flynnagins Footwear
Carolyn Flynn
2020 N Perkins Rd
Stillwater, OK 74074

May 4, 2019

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in sentencing Mr. Lamont Evans

Dear Judge Ramos,

I am honored to submit this letter pleading for leniency in sentencing Lamont Evans.

I have known Lamont, and his family for almost five years.  I met his family when they moved to Stillwater and his son joined the high school basketball team where my son was also a member.  He was a strong example of hard work and dedication to success.  I have always known him to be appreciative of the hard work of others.

Lamont put in many hours helping the young student-athletes on our high school basketball team.  Lamont was always willing to help any of the boys improve their skills and help them to reach their goals, both on the court and in the classroom.

Through the years, I have witnesses Lamont's dedication to improving himself and others.  He has been a role model for all the people that he has been around, but especially for the young student-athletes that he has interacted with.  Given the opportunity, I know that Lamont would continue to be a value to society and most importantly a strong role model for the young student-athletes in his community.

Thank you for taking the time to read this letter.

Sincerely,


Carolyn Flynn

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos,

I hope that this letter finds you in sound mind and good spirits. I have known Lamont Evans for the better part of 10+ years. Though words often fail us, his actions always spoke volumes about him. In life, you don't always find men of substance and duly put, I trust this man with my life. I trust him not for what he can do for me but how takes care of the people around him without hesitation.

In chaotic times, who you are is magnified. No matter how far he goes from our hometown, he always reaches back to pull whomever he can up with him. He stands as one but holds the weight of a hundred men. In our city, we don't have superstars that come back and pour in to our youth. We have men like Lamont, trustworthy, hardworking and honorable. Even when his time is scarce, he's continuously pouring into our youth. Lamont is what you would call a trajectory changer. I've watched him for many years work tirelessly to establish relationships that created opportunities for our youth. These opportunities not only put them in positions that ultimately changed the trajectory but changed the lives of a lot of families through education and hard work.

It is my hope that you will recognize the power you wield regarding the future of Lamont Evans, our brother, friend and community leader. I have faith that the right course of action will be considered by the justice system.

Thank you for your time and considering this request for leniency.


Warmest Regards,

LaShonda N. Gaines



**THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA**

**The School Board of
Broward County, Florida**

**Abby M. Freedman, Chair
Nora Rupert, Vice Chair**

The Honorable Edgardo Ramos
United States District Judge

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

Robin Bartleman
Heather P. Brinkworth
Patricia Good
Donna P. Korn
Laurie Rich Levinson
Ann Murray
Dr. Rosalind Osgood

Robert W. Runcie
Superintendent of Schools

Re: Leniency in sentencing Mr. Lamont Evans

Dear Judge Ramos,

I'm honored to be presenting this letter pleading for leniency in the sentencing of Mr. Lamont Evans. I've known Mr. Evans for over 25 years and can assure you he is a man of great character and a true asset to our community here in Deerfield Beach, FL.

Mr. Evans and I grew up in the Deerfield Beach community and dreamed of making it to be successful men, then coming back and pouring into the youth in our area. Though our paths of life took us on different routes, he remained committed to our childhood dreams of making a positive impact on our community. I am now the Community Liaison and Head Football Coach at our neighborhood High School for which I've been employed at the last 13 years. Mr. Evans has been a huge blessing to the students of our program! Over the years he has donated his finances, time and resources to assist with the development of our young men and women. He has an innate ability to connect with these kids unlike anyone I've ever seen. Our neighborhood is one that is infested with drugs, crime, poverty and the possibility of destruction around every corner these kids turn. Mr. Evans provides a daily reminder that if these kids stay focused and dedicated to their dreams they can achieve whatever their hearts desire.

Even in the wake of Mr. Evans's current situation there is still an impact he can make on our community. These kids also need examples of rehabilitation and resurrection after making mistakes. They need to know that there is an opportunity to refocus and get back on the path to greatness after turmoil. Too many times, especially in our community, leaders are teaching the kids from the perspective of everything going perfect in these kid's lives, which is not the reality our kids live in. Who will be there to lead the ones who have already strayed of the path? The ones who are already trying to bounce back from detrimental situations caused by mistakes they've made. I truly believe Mr. Evans can continue to impact our community in this role of an example after adversity, which sadly in our community he will have more pupils to tutor than you could ever imagine.

I come to you pleading on the behalf of not just myself, but our community as a whole for leniency in sentencing of Mr. Lamont Evans. I can assure you that if given the opportunity Mr. Evans will be a vital asset to our youth for years to come and that we (the community) will personally be by his side during his resurgence. This is our turn to be there for him as he has been here for us for many years and we are absolutely ready, we owe him that!

Sincerely,

Jevon D. Glenn

Deerfield Beach High school

Head Football Coach

Community Liaison

*Educating Today's Students to Succeed in Tomorrow's World*
Broward County Public Schools is an Equal Opportunity/Equal Access Employer

G-16

**4640 North Federal Hwy.  Suite D**
**Ft. Lauderdale, FL 33308**
**954-202-9709 Fax: 954-267-9965**
**drjoeangelini@comcast.net**
**www.DrJoeAngelini.com**

May 02, 2019

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

RE:  Mr. Lamont Evans

Dear Judge Ramos:

I have known Mr. Evans and his family for over twenty-five (25) years.  I have treated and worked with Mr. Evans since his high school years, through college and into his European Professional career. He is and has been a respectful, intelligent, person to work with and an outstanding member of the community.  In recent years he has entrusted his son's health and basketball career in my hands.  I see Mr. Evans and his family as not only trusted and loyal patients but as treasured friends.

I have been a licensed practicing Chiropractic Physician in South Florida for over thirty-two (32) years.  One of my specialties is diagnosing and rehabilitating injured athletes.  I have treated hundreds of student athletes over the years and only a few standout, Mr. Evans was is of them.  Character is something you are born with and can develop and pass along.  Mr. Evans has helped several young men find direction and guidance to a more successful future.  His son is a true product of Mr. Evans leading by example.

I hope the court with have leniency when sentencing Mr. Evans.  Thank you for taking the time to consider this letter.

Sincerely,

S. Joseph Angelini, D.C.

Dr. S. Joseph Angelini
SJA/da

2

G-17

5/13/2019

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos:

I am writing to ask that you have leniency when sentencing coach Evans. My son was one of the basketball players that Lamont coached at Oklahoma State University. I visited often to attend many of the basketball games, so I was able to get a glimpse of who coach Evans is as a person. When coaching, the goal is always to guide these players and coach Evans did just that. I believe he provided guidance, inspiration and empowered all the athletes to achieve their full potential. He was not only a great coach but an exceptional leader. Coach Evans is a leader that had the ability to unify a group of young players as well as push them to commit to a single purpose. There were days when the players lacked motivation, going to school and playing basketball around the clock was tough. Coach Evans was great at conveying passion to the players, to inspire them to get the most out of their performance. You rarely find those types of qualities in a coach. When you have a positive attitude as well as enthusiasm for the game, that in turns inspires the athletes to excel in all areas. Coach Evans was good with the boys at OSU and was good to them. Coach Evans knew the athletes, it takes time to fully know a person but he went above an beyond to learn the player by paying attention to the player's emotions, strengths and weaknesses. Communicating with the players regularly also allowed them to open up to him. He had/has a great amount of empathy for the athletes and cared deeply about them. He was not only a coach but a mentor. Although, he made a poor decision regarding this matter, it still doesn't take away from his love for the players. He really is a good person at heart that made a poor decision like many others. I hope that you take my words into consideration when sentencing coach Evans.

Sincerely,

Aretha Rogers

**Mayra Crawford**
**7437 SW 14th Court**
**North Lauderdale, FL 33068**

May 6, 2019

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   Lamont Evans
        Leniency in Sentencing

Dear Judge Ramos:

I am writing to ask the Court (Your Honor) for leniency when sentencing Mr. Lamont Evans.

I have known Lamont and his family for more than 16 years. I believe that he has made a strong impact in the life of those in his community and those whom which has come in contact with. Lamont is a strong example of independence, hard work, dedication and will to attain and achieve goals for which he sets his mind to. He has been able to bring together in many instances the community around him to work cohesively towards the underlining goal at hand. I find Lamont to be hard working and appreciative of the hard work of others. In the absence of strong male role models in many communities I know that Lamont has filled that void at the very least and is dedicated to continued improvement of his self and others.

I would also like the Court to know that I am aware of the severity of the matter at hand. Working as a Probation Officer for the past 13 years, I have supervised individuals for an array of infractions and have witnessed that in many instances' reentry has proven to be successful. I also know that there are consequences for the actions one chooses. Lamont like may is not a bad person at heart or in whole. He is very much dedicated to his 18-year-old son, Lamont IV and wife, Ebony. His actions have affected all those whom he loves and loves in return. I am asking the Court for leniency with sentencing so that Lamont can be afforded the opportunity to start anew and rectify the mistakes he has made due to poor choices.

I appreciate Your Honor taking the time to read said letter.

Regards,

_____

Mayra Crawford

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos,

I am honored to submit this letter pleading for leniency in sentencing Mr. Lamont Evans, whom I have known for over four decades.

Lamont is a good, hardworking family man. One of things I love about him is his willingness to always give back by helping young aspiring athletes in his community. He values the importance of mentorship and empowering his peers to achieve their ambitions.

Overall, I have discovered that Lamont truly enjoys his work in the community evidenced by his enthusiastic passion doing what he enjoys.

I kindly ask that you consider a lenient sentencing for my family and friend. Thank you for your time and consideration.

Kindest regards,

Shenique Patton

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos,

I am writing to ask that you have leniency in your sentencing of Mr. Lamont Evans. I have known him directly as a friend and colleague for 20 years.  During that time, he has made a strong impact on my life and I have personally witnessed his character and the countless hours he has given to his community.

When I first met Lamont, he was volunteering his time to the youth in South Florida by helping to provide educational opportunities, enhance leadership skills and build self-confidence.  He lives his life by serving others without expecting any reward or gain.  He has a selfless spirit and his generosity is still evident today.

Personally, I have learned so much from Lamont through the years.  He has been instrumental to my professional career and has always been a person that I could count on when I needed a listening ear.  We routinely talk about topics ranging from family and parenting.  His dedication to his family and hard-working personality have been an inspiration to my life. Recently, I achieved an elusive personal goal as a result of his support and encouragement.

Lamont's compassion for others and infectious personality connects with people from all walks of life.  He is truly an example of positivity to the community and has been an inspiration to me.

I humbly ask that you consider a lenient sentencing for my colleague and friend.  Thank you for your time and consideration.


Kindest regards,


Cory Rollins
P.O. Box 16523
Plantation, Florida 33318

The Honorable Edgardo Ramos

United States District Judge

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007


Dear Judge Ramos

I am honored to submit this letter pleading for leniency with in the sentencing of my dear friend and brother Lamont Evans for which I have known for well over 22 years. Mr. Ramos, I sincerely ask that you judge this case according to the law and the criminal history of the individual or lack thereof.

I can attest to Mr. Evans outstanding character and I have personally watched Evans evolve from a professional basketball player into a well-known respected coach impacting the lives of the student athletes globally.

Mr. Evans has spent countless hours mentoring and developing the youth within the south Florida basketball communities and globally, Evans has and will continue to provide a positive outlook through his transgression and misjudgments , Evans will utilize this as a teachable moment and become stronger and wiser as a result of it.

Mr. Evans has made some questionable decisions as far as relates to crimes that have been committed, but I stand by the fact that Mr. Evans isn't a criminal; Evans is an upstanding husband and father and pillar within his current community.

Mr. Ramos please be lenient within the sentencing process involved in this case.

Judge, I truly appreciate you taking the time to read this letter, concerning my dear friend and brother

I'm praying that this letter finds you in a positive spirit of consideration towards leniency within the sentencing of Mr. Lamont Evans.

Thank you, Sincerely

Alberto Jempierre

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos,

I am honored to submit this letter pleading for leniency on behalf of Lamont Evans Sr. I'm a resident of Columbia, SC and a former University of South Carolina Basketball Letterman that got to know Mr. Evans upon his arrival as part of the basketball staff several years ago.

Because I was born and raised in inner-city Columbia, I've always enamored myself with strong African American leaders that could impact the youth in our most challenged areas. When Mr. Evans was in Columbia as an assistant coach, he was a constant presence throughout the city, which went against the norm considering past individuals that held the position. He was approachable and embraced this community and in turn, he was embraced by the community mightily. He didn't present himself as a big-time college coach but rather a husband, father, friend and community servant. His personable and charismatic approach made it hard for anyone to dislike him.

Unfortunately, good people make mistakes and there's no doubt that he made a mistake. Selfishly, I've told anyone that would listen that this one mistake will, in some people's minds, force them to forget what a tremendous, loyal and hard-working individual he is. Most fall prey to recent history and if that's the case, the individuals that didn't know Mr. Evans, would be missing out on a great person. I'm lucky because I got to know him and still remain very close to him even if I'm several hundred miles away.

Mr. Evans has so much to offer our young folks. On every team he's been a part of, he's always been the go-to coach. Meaning, when student-athletes have issues and they need to speak to a coach that they could trust, Coach Lamont was always the unequivocal chosen one. As a former student-athlete, this is very important.

Your Honor, I'm all for accountability and so is Coach Evans. He's been beyond contrite and remorseful. Naturally, he's been embarrassed by the situation but nothing has impacted him more than the disappointment he's brought to his wife, Ebony and his pride and joy, his son Lamont Jr. He's a dedicated family man that's never smoked or drank a day of his life. Whatever your ruling is, please have mercy when it comes to possible leniency because I'm confident in saying that Coach Evans will use this as a teaching moment that he regrets but more importantly, to help our young people understand the importance of decision-making.

Respectfully Submitted,

Carey Rich

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

**RE:**  Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos:

First, let me say thank you for taking the time to read this letter.  I have known Lamont Evans for approximately three years.  Within this time frame, I've learned quite a bit about Lamont.  He's a caring, generous, dependable, and supportive man.  Quite a few of the young men in the community are growing up in single family homes and I've watched Lamont speak and encourage them to be the best citizen they could be.  He's used his life experiences to encourage and guide these young men to stay on the right path.

Our sons play on the same basketball team together and Lamont has gained the respect of all the players on the team.  We had our banquet last week and I noticed that when Lamont spoke all the players stood out of respect to him(which they didn't do for their head coach).  They have the upmost respect for him as an individual.  My son has gone to him several times for advice on different matters and known that Lamont has given him the best advice.  I've been able to call him and trust that he's giving the best advice on whatever the matter is.

He's very dependable and at the end I genuinely believe that he does what's best for the kids and his family.

Your Honor, I'm asking that you please show leniency to Lamont during the sentencing process.  Once again, thank you for taking the time to read this letter.

Sincerely,

Caprita Scott
Payroll Specialist

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Folcy Square
New York, NY 10007

Sunday 5th May 2019

Dear Honorable Judge Ramos,

I am Shyvonna Rolle, an older sister of Lamont Evans. Everything about him starts at home, because home is where the heart is. We grew up together practically all our lives with him being the man of the house following the divorce. He took that role on in his teenage years being the only man we could rely on in our household. I shake my head for how well he accomplished that role with all that estrogen in the house. He let his voice be known loud and clear as young man not even knowing what the Lord was preparing for him down the road. A great influential leader for years to come. His extension of support was not just only for us, his hand was extended at large to the community. Everybody in our neighborhood desired greatest everyone in the community knew who had "the goods" when it came to the world of basketball. My brother was a student of the game when it came to basketball. He studied the game of basketball in private similar to someone attaining a degree in any career of choice. Critical thinking was his marksmanship. His nature was being an athlete and not just a name on the players rooster. He gained respect in basketball in his teenage years because a lot of guys older watched him on the community league teams and the local school basketball team. My brother gave back in our community by inspiring vocally but infiltrating the boys providing a wealth of opportunities in the AAU summer leagues and giving them hope that college basketball is in reach of their future. Can you imagine a young man being the first child out of their family to entertain the idea of college. I know the feeling because I was a byproduct of that blessing in the world of Track/Field and being the first in my family to live the dream. Other surrounding cities felt the impact of his presence too because of the hunger to do better in life for yourself. God raised him up to be a beam of hope for any little boy or girl that desired to escape the world of fast money, selling drugs or get swallowed up in the world of doing drugs on any level. He is our hometown "Micheal Jordan" and I pray no one takes that from him.

Lamont knows what it takes to Win! especially winning the right way. Nothing never came easy for him but hard work; As the only two athletes in the family winning was never our drive but giving our best was the ultimate goal.  We have always been each others biggest cheerleader through everything and that will never end. He knows God hand selects your Family but he chooses his friends. We are very proud of him and love him to pieces. My brother shows his greatest character as a man by being a devoted Husband to his Wife and a dedicated Father to his only Son. Now that is a reflection of a Champion.

My sincere prayer Honorable Judge Ramos is that you grant Leniency to Mr.Lamont Evans during his sentencing. Thank you for extending your listening ear to my letter.

Kindest Regards,
Shyvonna Rolle



**CJ Custom Clothiers**
992 Chelsea Ave
Memphis, TN 38107
901-378-8273
cjcustomclothiers.cj@gmail.com

May 8, 2019

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Leniency in Sentencing Mr. Lamont Evans

Dear Judge Ramos:

My name is Clarence Jones and I honored to submit this letter pleading for leniency in sentencing on behalf of Lamont Evans. Lamont understands the mistakes he has made and the consequences of those mistakes and the impact those mistakes have had on not only his life, but the impact it has had on other lives as well. I can attest to Lamont's sound and responsible character as I have known him personally and professionally for over 10 years and have observed him as a community leader and advocate for his development of high school and college student athletes across the country.

Mr. Evans has been a great influence to my oldest son who is now servicing in The United States Air Force. My son credits Mr. Evans in his countless talks and mentoring ship to him. His family and friendship has been a great reflection on my life as he has always given me great advice personally and in my business. I thank him constantly for that. Mr. Evans continues to make a positive impact in many individuals' lives. This pattern of positive behavior will continue as Lamont's goal is to continue to provide empowerment to others.

I believe an individual of Lamont's caliber has earned the privilege of a second chance at life. He has been humbled and remorseful and there are so many more lives Lamont can impact. Regardless of your decision your honor, I know Lamont will continue to serve as a steward of the Lord and continue to be an excellent role model to the community by giving his testimony and educating the community on how to avoid making the same mistakes he has made and the consequences of those actions. I kindly ask that you consider a lenient sentence for Lamont Evans. Thank you for your time and consideration.

Respectfully yours,

Clarence Jones

# Exhibit H

# Community of Pompano Beach Support Group

honors

## Lamont Evans

On this 1st day of May 2019 for outstanding service to the Boys and Girls Basketball Teams at Blanche Ely High School. The Skill Training, The Character Building & The academic Leadership was unprecedented.

Thank you Mr. Evans for your untiring Services for the Boys and Girls programs job well done!

*Sylas Brown*
President

*Sam Smith*
Community Supporter

*Mate Bell*
Community Sponsor