



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2019

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States</u> v. <u>Emanuel Richardson</u>, 17 Cr. 684 (ER)

Dear Judge Ramos:

      Sentencing in the above-captioned matter is scheduled for May 30, 2019 at 11:00 a.m. The Government's submission is currently due on Thursday, May 23. The Government writes to request an extension until Friday, May 24 to file its sentencing submission. The defendant filed his sentencing submission on Monday, May 20, and in light of the late filing of the defendant's submission, the Government requests an additional day to complete its submission.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                              United States Attorney

      By:           /s/
                      Robert L. Boone/Noah Solowiejczyk
                      Eli J. Mark
                      Assistant United States Attorneys
                      (212) 637-2208/2473/2431

cc: Defense counsel (by ECF)