# BARNES & THORNBURG LLP

Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4623 U.S.A.
(202) 289-1313
Fax (202) 289-1330

www.btlaw.com

William Martin
Partner
202 371-6363

June 25, 2019

*Via CMECF*
The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007
ChambersNYSDRamos@nysd.uscourts.gov

      Re: *United States v. Lamont Evans, et al.*, 17 Cr. 684 (ER); Location of Incarceration

Dear Judge Ramos,

    During Defendant, Lamont Evans', sentencing hearing on June 7, we asked Your Honor, if the Court was inclined to impose a period of incarceration, that Mr. Evans be allowed to serve that period of incarceration on home confinement. Pursuant to the Judgement entered in this case on June 14, 2019 (Docket # 283), Your Honor did ORDER a 3 month period of incarceration with a recommendation that Mr. Evans be allowed to self-surrender at a facility in the Miami/Ft. Lauderdale area and that he be designated to a facility in the South Florida area. On behalf of Lamont Evans, we thank the Court for that recommendation, but respectfully renew our request that Your Honor recommend that Mr. Evans be permitted to serve those 3 months under home confinement, or specifically recommend the FCI Miami Camp in Miami, Florida.

    Thank you for your time and consideration.

                                      Respectfully submitted,

                                      William R. Martin

cc:    All counsel