USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/9/2021

**Lamont Evans**
**Case number: 1:17-cr-684-1 (ER)**
**Honorable Judge Edgardo Ramos, U.S.D.J,**
**US Probation Officer Dinia Jerome**

**Dear Honorable Judge Ramos,**

After three months of prison, upon my release I was placed on Federal Probation for the length of two years, with 100 hours Community Service. I have been employed and bettering myself as a man and have taken more responsibilities that has affected this change in my life as well as family. Due to my incarceration, I have worked on my mentality to continue to do things the right way. I'm currently going through all of the memories. I have missed some important occasions in my families life. Unfortunately, I had to miss my grandmother's funeral, my wife and my son's growth as a family. I've had to miss my son's high school memories, which has affected my life completely everyday. Not being able to travel as needed, times when such things occur, job opportunities and family events. Knowing your'e one decision away of changing the outcome of my life. I am fully aware that being back in the community and the safety of citizens are at my thoughts all of the time. I am currently exploring ideas to help myself improvements. I have volunteered for the past 3 years, organizing basketball trainings for young men and women at various high schools in South Florida. I have created self awareness of the decisions I make. I have and will continue to mentor young men and women as they allow me to. I will continue to provide my educational knowledge with the roles that I have been afforded the opportunity to play in their lives.

On March 1st 2021, I completed my 100 hours of Community Service, at All Saints Soup Kitchen, I don't have to drug test, no restitution; I don't physically have to check in on a monthly basis but when I have been asked to do so, I have been prompt in a timely matter.  I am requesting early termination from my Federal Probation, to be able to explore more job opportunities and impact others lives in a positive way. Judge Ramos thank you for your time and the opportunity to possibly considering to release me from supervision.

**Sincerely,**

**Lamont Evans**



RECEIVED
AUG - 6 2021
EDGARDO RAMOS
U.S. DISTRICT JUDGE
S.D.N.Y.

Lamont Evans
1441 SW 6th Way
Deefield Beach FL, 33441

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

U.S. POSTAGE PAID
FCM LETTER
HALLANDALE BEACH, FL
33009
AUG 02, 21
AMOUNT
$0.55
R2305K132148-5

1020
10007