Case 1:17-cr-00684-ER   Document 345   Filed 10/18/21   Page 1 of 1

## Lamont Evans Passport

Lamont Evans <llamontevans33@gmail.com>
Fri 10/15/2021 8:37 AM
**To:** Chambers NYSD Ramos <ChambersNYSDRamos@nysd.uscourts.gov>
CAUTION - EXTERNAL:

17-cr-684-1 (ER) US v Lamont Evans

Good Morning, Honorable Judge Ramos I am asking for an order of release for my passport to be mailed to me once my completion of supervised release that ends October 25, 2021 end on Monday. I spoke to Pre Trial Services which passport is in custody of in New York. I am on supervised release in Southern District of Florida where my residence is at. My supervised release officer is Ms. Dinia Jerome in Ft. Lauderdale Fl,. I can be contacted at ███████████. I also spoke to Ms. K. Bermudez in Pre Trial who is also aware of this matter of an order. Thank you for allowing me to email and hear my humble request.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.