```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LAMONT EVANS,

                Defendant.

**ORDER**

17 Cr. 684-1 (ER)

Ramos, D.J.:

    On October 18, 2021, Mr. Evans requested that upon the completion of his term of supervised release his passport be returned to him. Doc. 343. The application is GRANTED.

    Mr. Evans' term of supervised release concluded on October 22, 2021. Pretrial Services is respectfully directed to return to Mr. Evans his passport by mailing it to his residence.

    It is SO ORDERED.

Dated: October 25, 2021
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.